UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LARES,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>KING'S AUTO WRECKING, INC.,<br><br>　　　　　　Defendant. | **Civil No.: 5:17-cv-01076-TJH-SS**<br><br>**ORDER ENTERING PARTIES' STIPULATION TO DISMISS WITH PREJUDICE**<br>[JS-6] |

And Now, to wit, upon consideration of the Parties' previously filed Stipulation to Dismiss Case Pursuant to FRCP 41(a)(1)(A)(ii) With Prejudice [Docket No. 29], it is hereby ORDERED that the Stipulation to Dismiss with Prejudice is ENTERED and that this matter is Dismissed With Prejudice.

**IT IS SO ORDERED.**

Dated: October 4, 2018　　　　BY THE COURT:

　　　　　　　　　　　　　　　_/s/ Terry J. Hatter, Jr._____
　　　　　　　　　　　　　　　HONORABLE TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

-1-
ORDER GRANTING PARTIES' STIPULATION TO DISMISS WITH PREJUDICE